*Robert J. Scheinblum*, assistant state's attorney, in opposition.

Decided March 25, 1998

### STATE OF CONNECTICUT *v.* JASON SHINN

The petition of the state of Connecticut for certification for appeal from the Appellate Court, 47 Conn. App. 401 (AC 15928), is denied.

*Mary H. Lesser*, assistant state's attorney, in support of the petition.

*Francis T. Mandanici*, assistant public defender, in opposition.

Decided March 25, 1998

### STATE OF CONNECTICUT *v.* THOMAS F. KIRKER, JR.

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 612 (AC 16362/ 16866), is denied.

*Jeremiah Donovan*, in support of the petition.

*Peter McShane*, assistant state's attorney, in opposition.

Decided March 25, 1998

### DEPARTMENT OF PUBLIC HEALTH *v.* THEODORE LENCZYK

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 932 (AC 16472), is denied.